UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

Jennifer M. Locke,

        Plaintiff,

Court File No. 14-CV-0002

v.

Standard Insurance Company,

        Defendant.

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

      Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc., 357 F.3d 827, 828 (8th Cir. 2004),* Defendant Standard Insurance Company makes the following disclosures concerning companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐    This party is an individual.

☐    This party is a publicly held corporation or other publicly held entity.

☒    This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  Standard Insurance Company is wholly owned by Stan Corp Financial Group, Inc. a publically traded company.

☐    Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

☐    Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

- 2 -

☐      This party is a limited liability company or limited liability partnership.

      If yes, identify each member of the entity and the member's state of citizenship:

☐      This party is an unincorporated association or entity.

      If yes, identify the members of the entity and their states of citizenship:

Additional information:

Dated: January 10, 2014            s/Terrance J. Wagener
                                           Terrance J. Wagener
                                           John Harper III
                                           MESSERLI & KRAMER P.A.
                                           1400 Fifth Street Towers
                                           100 South Fifth Street
                                           Minneapolis, MN 55402
                                           Telephone: (612) 672-3600
                                           Email: jharper@messerlikramer.com
                                           Email: twagener@messerlikramer.com

                                           And

                                           Steven D. Davidson
                                           Baird Holm LLP
                                           1500 Woodmen Tower
                                           1700 Farnam Street
                                           Omaha, NE  68102-2068

                                           ATTORNEYS FOR DEFENDANT

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Gregory M. Thomas
>661 N. 50TH Street
>Suite 200
>Omaha, NE  68132
>gthomas7@cox.net

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:

Dated: January 10, 2014                             s/Terrance J. Wagener

1091216.1